# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

In re: Donald David Dobbs and Sheila Ann Flemings     Case No. 12-51491-SCS

Debtors     Chapter 13

## ORDER SUSTAINING DEBTORS' AMENDED OBJECTION TO CLAIM

This matter having come before the Court upon the Amended Objection filed by Donald David Dobbs and Sheila Ann Flemings ("Debtors") to the Proof of Claim number 2-1 as filed by Sterling Jewelers, Inc. ("Sterling"); and it appearing to the Court as follows:

1. The Proof of Claim filed in this matter by Sterling alleges a secured claim based on a purchase money security interest in miscellaneous jewelry purchased from Jared Galleria of Jewelry.

2. The Debtors do not own any jewelry purchased from Jared Galleria of Jewelry.

3. Accordingly, Sterling does not have a secured claim.

4. No responses have been filed.

5. Debtors properly served the Amended Objection and Notice of Time for Filing Response.

Barry W. Spear (VSB# 39152)
Angela M. Haen (VSB# 82173)
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 130
Virginia Beach, VA 23452
Telephone (757) 313-3000
Counsel for Debtors

Therefore, the Court ORDERS as follows:

1. The Debtors' Objection is SUSTAINED;

2. Sterling's secured claim 2-1 is disallowed as filed, but the claim shall be allowed as unsecured; and

3. The Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: Jul 30 2015 /s/ Stephen C. St.John
 United States Bankruptcy Judge

 Entered on Docket: 07/30/2015

I ask for this:

/s/ Barry W. Spear
Barry W. Spear (VSB# 39152)
Angela M. Haen (VSB# 82173)
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 130
Virginia Beach, Virginia 23452
Telephone (757) 313-3000
Counsel for Debtors

Seen and No Objection:

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Trustee

## **CERTIFICATION**

I certify that a copy of this Order has been endorsed by all necessary parties.

/s/ Barry W. Spear
Counsel for Debtors

**PARTIES TO RECEIVE COPIES**

Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 130
Virginia Beach, Virginia 23452

Sterling Jewelers, Inc, dba Jared Galleria of Jewelry
c/o Weltman, Weinerg & Reis
323 W. Lakeside Avenue
Cleveland, OH 44113

Sterling Jewelers, Inc.
Attn: Mark Light, CEO
375 Ghent Road
Akron, OH 44333

Donald Dobbs and Sheila Flemings
1227 Springwell Place
Newport News, VA 23608

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320